United States District Court
Southern District of Texas
ENTERED

OCT 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,　　　　§
　　　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　　§　　　Civil Action B-00-089
　　　　　　　　　　　　　　　　　　§
John S. Wagner　　　　　　　　　§

## ORDER OF DISMISSAL

The United States of America moved to dismiss this action.

This Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed _October 16_ , 2000.

_____
United States District Judge